UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Raymundo Soto
                      Plaintiff,

v.                                               Case No.: 1:25−cv−13533
                                                    Honorable Lindsay C. Jenkins

Kristi Noem, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 7, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Telephone conference held. The court grants [1] Soto's petition for writ of habeas corpus. See the attached order for further details. Soto's detention deprives him of due process. The court orders the government to provide Soto with a release hearing under § 1226(a) within seven days of this order or otherwise to release him. Respondents Kristi Noem, Pamela Bondi, US Department of Homeland Security and Executive Office of Immigration Review are terminated and dismissed from this matter as Defendants. The court declines to issue attorney's fees. Because this order provides the full relief to which Soto is entitled, the Clerk shall enter a final judgment order under Rule 58 in favor of petitioner. A status report should be filed by November 18, 2025 that updates the court on the status of release. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.